ELIZABETH RUSSELL, Respondent, *v.* THE ST. NICHOLAS FIRE INSURANCE COMPANY, Appellant.

(Submitted May 22, 1872; decided September term, 1872.)

THIS action was upon a policy of fire insurance. The questions presented arose upon reception and rejection of evidence. The prominent ones were disposed of upon the ground that the objections were general and insufficient.

Defendant called a police officer as a witness and asked him what character of persons frequented plaintiff's house. This was objected to, and objection sustained. *Held*, no error; as it was not claimed that plaintiff so conducted her house as to avoid the policy.

Counsel for plaintiff, upon cross-examination of one of defendant's witnesses, asked him if he had ever been in prison. This was objected to by defendant, and objection overruled. *Held*, that the question was competent upon authority of *Reed* v. *The People* (42 N. Y., 270).

*John C. Dimmick* for the appellant.

*B. C. Thayer* for the respondent.

EARL, C., reads for affirmance.
All concur.
Judgment affirmed.